USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALDIN O'DONNELL,<br><br>                Plaintiff,<br><br>- against -<br><br>JONATHAN STEINGART, and JENNIFER STEINGART,<br><br>                Defendants. | 24-cv-05152(VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The request by Defendants Jonathan Steingart and Jennifer Steingart for a conference on their intended cross motion dismissing Plaintiff Valdin O'Donnell's action for lack of diversity (see Dkt. No. 12) is hereby **DENIED** as untimely, as Defendants have filed their Answer (see Dkt. No. 9).

The Court hereby directs the Parties to advise whether they consent to a ruling on the dismissal of Defendants' counterclaims on the pre-motion letters (see Dkt. Nos. 10, 12) or whether they request full briefing and, if the latter, to propose a briefing schedule.

**SO ORDERED.**

Dated:   16 September 2024
         New York, New York

*Victor Marrero*
Victor Marrero
U.S.D.J.