USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VLADIN O'DONNELL,

                     Plaintiff,

       - against -

JONATHAN STEINGART and JENNIFER
STEINGART,

                     Defendants.

**24-cv-05152 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 30, 2024, Defendants notified the Court of their intent to amend their counterclaims by October 15, 2024, and to move to dismiss Plaintiff's claims, and requested that the Court stay the briefing schedule for Plaintiff's Motion to Dismiss. (See Dkt. No. 26.) On October 1, 2024, Plaintiff notified the Court of his intent to amend the Complaint. (See Dkt. No. 27.)

Accordingly, the Court hereby (1) orders Defendants to amend their counterclaims no later than October 15, 2024, (2) stays the briefing schedule for Plaintiff's Motion to Dismiss until further notice, and (3) grants Plaintiff leave to amend his Complaint within 21 days. The Parties are thereafter directed to follow this Court's pre-motion letter practice.

**SO ORDERED.**

Dated:     October 2, 2024
          New York, New York

                                            Victor Marrero
                                            U.S.D.J.