USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VLADIN O'DONNELL,

                  Plaintiff,

      - against -

JONATHAN STEINGART and JENNIFER
STEINGART,

                  Defendants.

**24-cv-05152 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    On October 2, 2024, the Court ordered Defendants to amend their counterclaims, (2) stayed the briefing schedule for Plaintiff's Motion to Dismiss, and (3) granted Plaintiff leave to amend his Complaint. (Dkt. No. 28.) Plaintiff thereafter filed his First Amended Complaint ("FAC"). (Dkt. No. 29.) Defendants then notified the Court that the FAC mooted their counterclaims and requested that the Court amend or vacate its October 2 Order so that Defendants may respond to the FAC. (Dkt. No. 30.)

    Accordingly, the Court hereby vacates the October 2 Order insofar as it ordered Defendants to amend their counterclaims. The Parties are directed to follow this Court's pre-motion letter practice.

**SO ORDERED.**

Dated:    October 16, 2024
          New York, New York

                                 Victor Marrero
                                 U.S.D.J.