```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VALDIN O'DONNELL,

                              Plaintiff,                    24-CV-05152 (SN)

       -against-                                              **ORDER**

JONATHAN STEINGART, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on May 5, 2025, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 44. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                    _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      May 5, 2025
                 New York, New York